WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant Freedom Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT INC., | Case No.:   2:25-cv-01372-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY PENDING OUTCOME OF PENDINGS MOTIONS TO DISMISS (ECF NOS. 6 AND 8)** |
| vs. | |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES; MTC FINANCIAL INC. DBA TRUSTEE CORPS; FREEDOM MORTGAGE CORPORATION; MORTTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); and DOES 1 THROUGH 10, inclusive; AND ROE CORPORATIONS 1 – 10, inclusive, | |
| Defendants. | |

COME NOW, Plaintiff M.T. Real Estate Investment, Inc. ("MTREI"), and Defendants Freedom Mortgage Corporation ("Freedom"), Servis One, Inc. dba BSI Financial Services ("BSI") and Mortgage Electronic Registration Systems, Inc. ("MERS") (MTREI, Freedom, BSI and MERS are collectively, the "Parties"), by and through their counsel of record, and hereby stipulate and agree as follows:

On June 9, 2025, MTREI filed its Complaint in the Eighth Judicial District Court, State of Nevada. ECF No. 1-1. The action was subsequently removed to this Court on July 29, 2025. ECF No. 1. On July 30, 2025, Defendants BSI and MERS filed a Motion to Dismiss for Failure to State a Claim, or Alternatively Motion for Summary Judgment. ECF No. 6. On August 7, 2025, Freedom filed its separate Motion to Dismiss Plaintiff's Complaint With Prejudice. ECF No. 8. Both Motions to Dismiss are not yet fully briefed.

1    The Parties submit that the *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev.

2    2011) factors weigh in favor of a stay of discovery because a ruling in favor of Defendants on

3    their pending Motions to Dismiss (ECF Nos. 6 and 8) will be case-dispositive and can be decided

4    without the need for additional discovery. Accordingly, in the interests of judicial economy and

5    as permitted by Fed. R. Civ. P. 1, the parties stipulate and agree that discovery should be stayed

6    pending decision on the pending Motions to Dismiss.

7    The Parties further stipulate and agree that, in the event the pending Motions to Dismiss

8    are denied in whole or in part, the stay shall be automatically lifted and the Parties shall submit

9    their proposed Discovery Plan and Scheduling Order within 21 days after entry of the Court's

10   order(s) on the Motions to Dismiss.

11   **IT IS SO STIPULATED.**

12   DATED this 4th day of September, 2025.

13   WRIGHT, FINLAY & ZAK, LLP                    D. BRYCE FINLEY, ESQ.

14
     */s/ Christina V. Miller*                     */s/ D. Bryce Finley*
15   Christina V. Miller, Esq.                     D. Bryce Finley, Esq.
     Nevada Bar No. 12448                          Nevada Bar No. 9310
16   7785 W. Sahara Ave, Suite 200                 8668 Spring Mountain Road, Suite 110
17   Las Vegas, NV 89117                           Las Vegas, NV 89117
     *Attorney for Defendant, Freedom*             *Attorneys for Plaintiff M.T. Real Estate*
18   *Mortgage Corporation*                        *Investment, Inc.*

19
     ATLAS | SOLOMON LLP
20
     */s/ Natalie L. Winslow*
21   Natalie L. Winslow, Esq.
22   Nevada Bar No. 12125
     7674 W. Lake Mead Blvd., Suite 220
23   Las Vegas, NV 89128
     *Attorneys for Defendants Servis One, Inc. dba*
24   *BSI financial Services and Mortgage Electronic*
25   *Registration Systems, Inc.*

26
     **IT IS SO ORDERED.**
27
     _____
28   UNITED STATES MAGISTRATE JUDGE
     DATED: 9/5/2025