D. BRYCE FINLEY, ESQ.
Nevada Bar Number 9310
8668 Spring Mountain Road, #110
Las Vegas, NV 89117
(Tel) (702) 300-9171
(Fax) (702) 829-5383
dbrycefinley@gmail.com
*Attorney for Plaintiff*
*M.T. Real Estate Investment Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT INC., | CASE NO.: 2:25-cv-01372-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF M.T. REAL ESTATE INVESTMENT INC. TO RESPOND TO MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT SUBMITTED BY SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (ECF NO. 6) (THIRD REQUEST)** |
| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES; MTC FINANCIAL INC. DBA TRUSTEE CORPS; FREEDOM MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); and DOES 1 through 10, inclusive; and ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**Comes now**, Plaintiff M.T. Real Estate Investment Inc. ("M.T."), by and through its counsel of record, has requested an extension of time within which to answer, move or otherwise respond to the motion to dismiss in this matter and defendants Servis One, Inc. dba BSI Financial Services and Mortgage Electronic Registration Systems, Inc. have agreed to this extension. This extension was requested due to continuing settlement discussions. Accordingly, pursuant to LR IA 6-1 and 6-2:

**IT IS HEREBY STIPULATED** by and among counsel that M.T.'s time to answer, move or otherwise respond to the motion to dismiss presently due September 10, 2025, is extended through and including September 24, 2025.

1

This stipulation is filed in good faith and not intended to cause delay.

**ATLAS | SOLOMON LLP**

*/s/. Natalie L. Winslow, Esq.*
By: MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125

*Attorneys for Defendants Servis One, Inc. dba BSI Financial Services*
*and Mortgage Electronic Registration Systems, Inc.*


*/s/ Bryce Finley, Esq.*
D. BRYCE FINLEY, ESQ.
Nevada Bar Number 9310

*Attorney for Plaintiff*
*M.T. Real Estate Investment Inc*

 IT IS SO ORDERED:

    Dated this  10  day of September, 2025.




_____
    Gloria M. Navarro, District Judge
    United States District Court

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I served via U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF M.T. REAL ESTATE INVESTMENT INC.TO RESPOND TO MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT SUBMITTED BY SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (ECF NO. 6) (THIRD REQUEST)**, to be filed and served to all parties via the courts electronic filing system to the following people:

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
ATLAS | SOLOMON LLP
7674 W. Lake Mead Blvd, Suite 220
Las Vegas, NV 89128
Phone: (725) 315-9572
Email: mmorgan@atlas-solomon.com
Email: nwinslow@atlas-solomon.com
*Attorneys for Servis One, Inc. dba BSI Financial Services
and Mortgage Electronic Registration Systems, Inc.*

Steele LLP
Edgar C. Smith, III, Esq.
3571 Red Rock St., Suite A
Las Vegas, Nevada 89103

WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Miguel T. Villanueva, Esq.
Nevada Bar No. 17009
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
mvillanueva@wrightlegal.net
*Attorneys for Defendant Freedom Mortgage Corporation*

*/s/ D. Bryce Finley, Esq.*
D. BRYCE FINLEY, ESQ.
Attorney for Plaintiff M.T. Real Estate Investment Inc.

3