```
WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
```
*Attorneys for Defendant Freedom Mortgage Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES; MTC FINANCIAL INC. DBA TRUSTEE CORPS; FREEDOM MORTGAGE CORPORATION; MORTTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); and DOES 1 THROUGH 10, inclusive; AND ROE CORPORATIONS 1 – 10, inclusive, <br><br> Defendants. | Case No.:   2:25-cv-01372-GMN-DJA <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT FREEDOM MORTGAGE CORPORATION, WITHOUT PREJUDICE** |

COME NOW, Plaintiff M.T. Real Estate Investment, Inc. ("MTREI"), and Defendants Freedom Mortgage Corporation ("Freedom"), Servis One, Inc. dba BSI Financial Services ("BSI") and Mortgage Electronic Registration Systems, Inc. ("MERS") (MTREI, Freedom, BSI and MERS are collectively, the "Parties"), by and through their counsel of record, and hereby enter the following stipulation:

///

///

///

///

///

///

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND
2  AGREED that all claims and causes of action alleged by MTREI against Freedom in its
3  Complaint (ECF No. 1-1 at pp.4-22) and Amended Complaint (ECF No. 31) are hereby dismissed,
4  without prejudice, and with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of October, 2025.

| WRIGHT, FINLAY & ZAK, LLP | D. BRYCE FINLEY, ESQ. |
|---|---|
| */s/ Christina V. Miller* | */s/ D. Bryce Finley* |
| Christina V. Miller, Esq. | D. Bryce Finley, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 9310 |
| 7785 W. Sahara Ave, Suite 200 | 8668 Spring Mountain Road, Suite 110 |
| Las Vegas, NV 89117 | Las Vegas, NV 89117 |
| *Attorney for Defendant, Freedom Mortgage Corporation* | *Attorneys for Plaintiff M.T. Real Estate Investment, Inc.* |

ATLAS | SOLOMON LLP

*/s/ Natalie L. Winslow*
Natalie L. Winslow, Esq.
Nevada Bar No. 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, NV 89128
*Attorneys for Defendants Servis One, Inc. dba BSI Financial Services and Mortgage Electronic Registration Systems, Inc.*

**IT IS SO ORDERED.**

Dated this  8  day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court