1 | MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 | NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3 | ATLAS | SOLOMON LLP
7674 W. Lake Mead Blvd, Suite 220
4 | Las Vegas, NV 89128
Phone: (725) 315-9572
5 | Email: mmorgan@atlas-solomon.com
Email: nwinslow@atlas-solomon.com

*Attorneys for Servis One, Inc. dba BSI Financial Services and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| M.T. REAL ESTATE INVESTMENT INC., Plaintiff, <br> v. <br> SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES; MTC FINANCIAL INC. DBA TRUSTEE CORPS; FREEDOM MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); and DOES 1 THROUGH 10, inclusive; AND ROE CORPORATIONS 1 – 10, inclusive, <br> Defendants. | Case No.: 2:25-cv-01372 <br><br> **STIPULATION AND ORDER TO STAY DISCOVERY PENDING OUTCOME OF PENDING MOTION TO DISMISS AMENDED COMPLAINT** |

Plaintiff M.T. Real Estate Investment Inc. ("MTREI") and Defendants Servis One, Inc. dba BSI Financial Services ("BSI") and Mortgage Electronic Registration Systems, Inc. ("MERS"), (MTREI, BSI, and MERS are collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On September 24, 2025, MTREI filed its First Amended Complaint. ECF No. 31. On October 6, 2025, Defendants BSI and MERS filed a Motion to Strike Improper First Amended Complaint or Alternatively Motion to Dismiss First Amended Complaint for Failure to State a Claim, or Alternatively, Motion for Summary Judgment. ECF Nos. 32 and 33. Both Motions are fully briefed and pending resolution.

The Parties submit that the *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev. 2011) factors weigh in favor of a stay of discovery because a ruling in favor of Defendants on their pending Motions to Dismiss (ECF Nos. 32 and 33) will be case-dispositive and can be decided

without the need for additional discovery. Accordingly, in the interests of judicial economy and as permitted by Fed. R. Civ. P. 1, the Parties stipulate and agree that discovery should be stayed pending decision on the pending Motions to Dismiss.

The Parties further stipulate and agree that, in the event the pending Motions to Dismiss are denied in whole or in part, the stay shall be automatically lifted and the Parties shall submit their proposed Discovery Plan and Scheduling Order within 21 days after entry of the Court's order(s) on the Motions to Dismiss.

Dated this 14th day of November 2025.

| ATLAS | SOLOMON LLP | D. BRYCE FINLEY, ESQ. |
|---|---|
| /s/ *Natalie L. Winslow* <br> NATALIE L. WINSLOW <br> Nevada Bar No. 12125 <br> 7674 W. Lake Mead Blvd., Suite 220 <br> Las Vegas, Nevada 89128 <br> *Attorneys for Servis One, Inc. dba BSI Financial Services and Mortgage Electronic Registration Systems, Inc* | /s/ *D. Bryce Finley* <br> D. BRYCE FINLEY <br> Nevada Bar No. 9310 <br> 8668 Spring Mountain Rd., #110 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff M.T. Real Estate Investment, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/18/2025